1  EILEEN MATTEUCCI (SBN No.77327)
   Attorney at Law
2  901 Owhanee Court
   Fremont, Cal. 94539
3  Telephone: (510) 623-7556
   Fax No.:    (510) 226-6210
4
   Attorney for Plaintiff N.R.
5
   LOUIS A. LEONE (SBN No. 99874)
6  Stubbs & Leone
   2175 N. California Blvd., Suite 900
   Walnut Creek, Cal. 94596
7  Telephone: (925) 974-8600
   Fax:        (925) 974-8601
8
   Attorney for Defendant SRVUSD
9

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12
   N.R., a minor, by and through B.R., His       Case No. C05-00769 MJJ
13 Guardian Ad Litem,
                    Plaintiff,                   JOINT ~~PROPOSED~~ BRIEFING
14                                               SCHEDULE AND ORDER THEREON

15    vs.

16 SAN RAMON VALLEY UNIFIED SCHOOL
   DISTRICT,
17
                    Defendant.
18
   _____

19
          Pursuant to this Court's order the parties to the above-entitled action submit this joint
20
   proposed briefing schedule for the disposition of this case:
21
          September 6, 2005      Plaintiff's Motion for Summary Judgment
22
          September 27, 2005     Defendant's Opposition and Request for Affirmative Relief
23
          October 4, 2005        Plaintiff's Reply
24
          October 25, 2005       Motion Hearing (to be heard with companion case C-05-00259)
25                              BRIEFING SCHEDULE AND ORDER
                                              1

1. Respectfully submitted,

2.
3. Dated: June 17, 2005        _Eileen Matteucci_____
                                EILEEN MATTEUCCI
                                Attorney for Plaintiff N.R.
4.
5. Dated: June 17, 2005        _Marisa ___ for:_____
                                LOUIS LEONE
6.                              Attorney for Defendant SRVUSD

7.

8.

9.                              ORDER

10.    Pursuant to stipulation, the parties are ordered to comply with the attached joint proposed
11. briefing schedule.

12.

13. Dated: 6/24/2005            /s/_____
                                Hon. Martin J. Jenkins
14.                             U.S. District Court Judge

APPROVED
Judge Martin J. Jenkins
United States District Court
Northern District of California

BRIEFING SCHEDULE AND ORDER
2