RECEIVED
FEB 2 2 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

FILED
MAR 6
RICHARD W.
CLERK U.S. DIST.
NORTHERN DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.R.., a minor, by and through B.R., His Guardian Ad Litem,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No.<br><br>C05-00769 MJJ<br>[PLAINTIFF'S [PROPOSED]]<br>ORDER GRANTING PLAINTIFF'S PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM |

The Court having considered the application of B.R. for appointment as guardian ad litem of Plaintiff N.R., a minor, and good cause appearing therefore,

IT IS SO ORDERED.

Date: _____

_____
U.S. DISTRICT COURT JUDGE

ORDER